664

No. 41. STANDARD ACCIDENT INSURANCE Co. v. UNITED STATES FOR THE USE AND BENEFIT OF POWELL ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. George W. Wylie* for petitioner. *Messrs. Peter O. Knight* and *C. Fred Thompson* for respondents. ■

No. 48. UNITED STATES v. ANDREWS, EXECUTRIX. October 11, 1937. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Reed* for the United States. *Mr. Fred R. Seibert* for respondent. ■

No. 55. BIDDLE v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Forrest Hyde, William R. Perkins,* and *William R. Spofford* for petitioner. *Solicitor General Reed* for respondent.

No. 57. LANASA FRUIT STEAMSHIP & IMPORTING Co. v. UNIVERSAL INSURANCE Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. George Forbes* and *Henry L. Wortche* for petitioner. *Messrs. D. Roger Englar* and *Frank B. Ober* for respondent. ■

No. 72. CROWN CORK & SEAL Co. v. FERDINAND GUTMANN Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second